1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   PEDRO SANCHEZ,                          1:19-cv-00354-JDP

12                  Plaintiff,              ORDER GRANTING APPLICATION TO
                                            PROCEED *IN FORMA PAUPERIS*
13         v.
                                            ECF No. 2
14   ROY DEOCHA, *et al.*,

15                  Defendants.             ORDER DIRECTING PAYMENT
                                            OF INMATE FILING FEE BY THE SHERIFF
16                                          OF BOB WILEY DETENTION FACILITY

17

18

19         Plaintiff is a state prisoner proceeding with counsel in this civil rights action brought

20   under 42 U.S.C. § 1983.  He has requested leave to proceed *in forma pauperis* under 28 U.S.C.

21   § 1915.  ECF No. 2.  Plaintiff has made the showing required by § 1915(a), so the court will grant

22   his request to proceed *in forma pauperis*.  Plaintiff must pay the statutory filing fee of $350.00.

23   *See* 28 U.S.C. § 1915(b)(1).  Plaintiff must make monthly payments in the amount of twenty

24   percent of the preceding month's income credited to plaintiff's trust account.  The Sheriff of the

25   Bob Wiley Detention Facility is required to send to the Clerk of the Court payments from

26   plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing

27   fee is paid in full.  28 U.S.C. § 1915(b)(2).

28         In accordance with the above and good cause appearing therefore, it is hereby ordered

                                            1

that:

    1. Plaintiff's application to proceed *in forma pauperis* is granted.

    2. The Sheriff of the Bob Wiley Detention Facility or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the clerk of the court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the clerk of the court. The payments shall be clearly identified by the name and number assigned to this action.

    3. The clerk of the court is directed to serve a copy of this order and a copy of plaintiff's *in forma pauperis* application on the Sheriff of the Bob Wiley Detention Facility, at 36712 Road 112, Visalia, CA 93291.

    4. The clerk of the court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:    April 2, 2019   

                                         UNITED STATES MAGISTRATE JUDGE