UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ,<br><br>        Plaintiff,<br><br>v.<br><br>ROY DEOCHOA, *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-00354-JDP<br><br>ORDER TO ASSIGN CASE TO DISTRICT COURT JUDGE<br><br>FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF BE PERMITTED TO PROCEED ON COGNIZABLE CLAIM AND THAT NON-COGNIZABLE CLAIMS BE DISMISSED WITHOUT PREJUDICE<br><br>OBJECTIONS, IF ANY, DUE IN 14 DAYS |

    Plaintiff Pedro Sanchez is a pre-trial detainee or state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On June 21, 2019, the court screened plaintiff's complaint and found that he stated an excessive force claim against defendant Deochoa and no other claims. ECF No. 6. The court provided plaintiff three options: (1) proceed only on this claim against defendant Deochoa, (2) amend the complaint to add additional facts in an attempt to make out additional claims or claims against additional defendants, or (3) stand on the current complaint subject to dismissal of claims and defendants consistent with the court's order. *Id.* On July 1, 2019, plaintiff filed a notice indicating his willingness to proceed on only the claim against defendant Deochoa. ECF No. 7. Therefore, we will recommend that his remaining claims be dismissed without prejudice.

1

**ORDER**

The clerk of court is directed to assign this case to a district judge who will review the findings and recommendations.

**RECOMMENDATION**

Under 28 U.S.C. § 636(c)(1), all parties named in a civil action must consent to a magistrate judge's jurisdiction before that jurisdiction vests for "dispositive decisions." *Williams v. King*, 875 F.3d 500, 504 (9th Cir. 2017). No defendant has appeared or consented to a magistrate judge's jurisdiction, so any dismissal of a claim requires an order from a district judge. *Id.* Thus, the undersigned submits the following findings and recommendations to a United States District Judge under 28 U.S.C. § 636(b)(l):

1. Plaintiff states an excessive force claim against defendant Deputy P. Boles.
2. Plaintiff's remaining claims should be dismissed without prejudice.

Within fourteen (14) days of service of these findings and recommendations, plaintiff may file written objections with the court. If plaintiff files such objections, he should do so in a document captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *See Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   July 15, 2019

UNITED STATES MAGISTRATE JUDGE

No. 203