1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PEDRO SANCHEZ,                          Case No. 1:19-cv-00354-DAD-JDP

12                  Plaintiff,               ORDER GRANTING DEFENDANTS'
                                             REQUEST TO OPT OUT OF
13              v.                           ALTERNATIVE DISPUTE RESOLUTION
                                             AND VACATING SETTLEMENT
14   ROY DEOCHOA,                            CONFERENCE

15                  Defendant.               ECF Nos. 16 and 17

16

17

18          Defendants' request to opt out of post-screening alternative dispute resolution, ECF No.

19   17, is granted.  The order staying the case and setting a settlement conference, ECF No. 16, is

20   vacated.  I will issue a new scheduling order in due course.

21

22   IT IS SO ORDERED.

23
     Dated:    October 15, 2019
24                                           UNITED STATES MAGISTRATE JUDGE

25

26

27          No. 205.

28