UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ, <br><br> Plaintiff, <br><br> v. <br><br> ROY DEOCHOA, <br><br> Defendant. | Case No. 1:19-cv-00354-DAD-JDP <br><br> ORDER SETTING DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT <br><br> FOURTEEN-DAY DEADLINE |

    Defendant has fourteen days from the date of this order to answer plaintiff's complaint. I will issue a scheduling order once the answer has been filed.

IT IS SO ORDERED.

Dated:   October 16, 2019                                         
                                                UNITED STATES MAGISTRATE JUDGE

No. 205.