UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ, <br><br> Plaintiff, <br><br> v. <br><br> ROY DEOCHOA, <br><br> Defendant. | Case No. 1:19-cv-00354-DAD-JDP <br><br> ORDER GRANTING IN PART DEFENDANT'S REQUEST, STAYING THE CASE FOR 120 DAYS, AND ORDERING THE DEFENDANT TO REPORT BACK ON THE STATUS OF THE CASE WITHIN 120 DAYS <br><br> ECF No. 22 |

Plaintiff Pedro Sanchez is a pre-trial detainee or state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On January 8, 2020, defendant moved to stay this proceeding while a related criminal proceeding against plaintiff is resolved. ECF No. 22.

Given defendant's legitimate concerns about the impact of parallel criminal and civil proceedings, the court finds a stay to be appropriate. However, we are reluctant to stay civil proceedings indefinitely (at present, a criminal trial is not "not yet scheduled"). *Id*. at 10. At this time, we will stay the civil case for 180 days. Within 160 days of the date of this order, defendant is ordered (1) to report back on the state of the criminal case and (2) to state whether he seeks a further stay.

IT IS SO ORDERED.

Dated:     January 16, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.