# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROY DEOCHOA,<br><br>　　　　Defendant. | Case No. 1:19-cv-00354-DAD-JDP<br><br>ORDER VACATING THE COURT'S PREVIOUS STAY ORDER<br><br>ECF No. 23<br><br>ORDER GRANTING IN PART DEFENDANT'S REQUEST, STAYING THE CASE FOR 180 DAYS, AND ORDERING THE DEFENDANT TO REPORT BACK ON THE STATUS OF THE CASE WITHIN 160 DAYS<br><br>ECF No. 22 |

The court's previous stay order, ECF No. 23, is vacated. The court herein enters a new stay order.

Given defendant's legitimate concerns about the impact of parallel criminal and civil proceedings, *see* ECF No. 22, the court finds a stay to be appropriate. However, we are reluctant to stay civil proceedings indefinitely (at present, a criminal trial is not "not yet scheduled"). *Id*. at 10. At this time, we will stay the civil case for 180 days. Within 160 days of the date of this order, defendant is ordered (1) to report back on the state of the criminal case and (2) to state whether he seeks a further stay.

IT IS SO ORDERED.

Dated: January 25, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.