UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ROY DEOCHOA,<br><br>    Defendant. | Case No. 1:19-cv-00354-DAD-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL WITHOUT PREJUDICE<br><br>ECF No. 25 |

Plaintiff Pedro Sanchez is a state prisoner proceeding with counsel in this civil rights action brought under 42 U.S.C. § 1983. On January 25, 2020, plaintiff filed a motion to compel. ECF No. 25. This motion does not appear to have been filed in accordance with the relevant courtroom procedures. (See the attached document, also available at caed.uscourts.gov.) In addition, the court notes that the case has been stayed. *See* ECF No. 24. The court therefore denies the motion without prejudice.

The court may reconsider such a motion at a later date, if or when the stay is lifted and if the issue remains relevant after the attached procedures have been followed, including a meeting between the parties and "a good faith effort to resolve the dispute without court action."

IT IS SO ORDERED.

Dated:     January 29, 2020                              /s/ Jeremy Peterson
                                                         UNITED STATES MAGISTRATE JUDGE

No. 205.