# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ,<br><br>           Plaintiff,<br><br>      v.<br><br>ROY DEOCHOA,<br><br>           Defendant. | Case No. 1:19-cv-00354-DAD-JDP<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND THE STAY UNTIL NOVEMBER 1, 2020, AND ORDERING DEFENDANT TO REPORT BACK ON THE STATUS OF THE CRIMINAL CASE BEFORE THAT DATE<br><br>ECF No. 30 |

Defendant's request to extend the stay in this case until November 1, 2020, is granted. ECF No. 30. Before that date, defendant shall report to the court on the status of the parallel criminal proceedings and whether further stay is warranted.

IT IS SO ORDERED.

Dated:   June 29, 2020                    /s/ Jeremy Peterson
                                                UNITED STATES MAGISTRATE JUDGE

No. 205.