UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROY DEOCHOA,<br><br>　　　　　Defendant. | No. 1:19-cv-00354-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 32, 33) |

　　　　Plaintiff Pedro Sanchez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 29, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a temporary restraining order (Doc. No. 32) be denied because he failed to satisfy the applicable legal standard and he seeks preliminary injunctive relief that "does not relate to the merits of his case." (Doc. No. 33.) Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days from the date of service. (*Id*. at 2–3.) No objections to the pending findings and recommendations have been filed with the court, and the time for doing so has expired.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 29, 2020 (Doc. No. 33) are adopted in full;
2. Plaintiff's motion for a temporary restraining order (Doc. No. 32) is denied; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **October 2, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE