UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>ROY DEOCHOA,<br><br>        Defendant. | Case No.   1:19-cv-00354-DAD-JDP<br><br>ORDER EXTENDING THE STAY UNTIL MARCH 1, 2021, AND ORDERING DEFENDANT TO REPORT BACK ON THE STATUS OF THE CRIMINAL CASE BEFORE THAT DATE |

The stay of this case is extended until March 1, 2021. Before that date, defendant shall report to the court on the status of the parallel criminal proceedings and whether further stay is warranted.

IT IS SO ORDERED.

Dated:   October 25, 2020                                   _____
                                                                                    UNITED STATES MAGISTRATE JUDGE