1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   PEDRO SANCHEZ,                          No. 1:19-cv-000354-HBK

12              Plaintiff,                    ORDER   GRANTING   DEFENDANTS'
                                             MOTION   TO   EXTEND   STAY   TO
13        v.                                 SEPTEMBER 1, 2021

14   ROY DEOCHOA, et. al.                     Doc. No. 42

15              Defendants.

16   _____

17        This matter comes before the Court upon initial review of the file that was reassigned to

18   the undersigned. *See* Doc. No. 40.  Pending before the Court is Defendants' Status Report filed

19   pursuant to the Court's January 27, 2020 Order on February 22, 2021.  Doc. No. 42.  The Status

20   Report incorporates a motion to extend the stay in this case until September 1, 2021.  *Id*. at 2.

21        As background, Defendants explain that on January 29, 2020 the previous magistrate

22   stayed this civil case for 180 days due to a parallel state criminal case pending against Plaintiff.

23   *Id*. at 1.  On October 26, 2020, the stay was extended until March 1, 2021, but Defendants were

24   required to file a status report concerning the state criminal action.  *Id.*  Defendants advise that

25   Plaintiff's criminal action remains pending, and due to covid-19, his criminal trial is unlikely to

26   
27   occur until August 2021. *Id.* at 2.  Defendants request the Court to extend the stay until

28

                                          1

September 1, 2021.  *Id.*  The Court finds good cause to extend the stay until September 1, 2021.

Accordingly, it is now **ORDERED**:

Defendant's motion to extend the stay incorporated within their Status Report (Doc. No. 42) is **GRANTED** and the stay is extended to **September 1, 2021**.  Before that date, Defendants shall file an updated status report of Plaintiff's parallel criminal proceeding.

IT IS SO ORDERED.

Dated:    February 27, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2