UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ, | Case No. 1:19-cv-000354-HBK |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO EXTEND STAY UNTIL APRIL 4, 2022 |
| v. | |
| ROY DEOCHOA, ET. AL., | (Doc. No. 44) |
| Defendants. | |

Pending before the Court is Defendants' Status Report filed pursuant to the Court's March 3, 2021 Order on September 1, 2021. Doc. No. 44. The Status Report incorporates a motion to extend the stay in this case until April 4, 2022. (*Id*. at 5). Defendants advise that Plaintiff's parallel state criminal action remains pending, and his criminal trial is unlikely to occur until October 15, 2021. (*Id.* at 2). Defendants request the Court to extend the stay until April 4, 2022. (*Id.*). The Court finds good cause to extend the stay until April 4, 2022.

Accordingly, it is **ORDERED**:

1. Defendant's motion to extend the stay incorporated within their Status Report (Doc. No. 44) is GRANTED and the stay is extended to **April 4, 2022**.

2. Defendant must notify the Court **within 21-days** of the conclusion of Plaintiff's parallel criminal proceeding if Plaintiff's parallel proceedings conclude before April 4, 2022. Otherwise, Defendants must file a status report no later than April 1, 2022.

Dated:   September 2, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE