UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>ROY DEOCHOA,<br><br>            Defendant. | Case No. 1:19-cv-00354-ADA-HBK<br><br>ORDER AFFORDING PLAINTIFF OPPORTUNITY TO RESPOND TO DEFENDANT'S MOTION FOR STAY<br><br>(Doc. No. 61)<br><br>MARCH 1, 2024 DEADLINE |

On February 9, 2024, Defendant filed his eighth Status Report in this action. (Doc. No. 61). Incorporated within Defendant's Status Report is a motion to continue the stay in this matter until February 3, 2025. (*Id*. at 2).

Accordingly, it is **ORDERED**:

Plaintiff shall deliver to correctional officials for mailing his response, if any, to Defendant's incorporated motion to stay **no later than March 1, 2024**. Plaintiff's nonresponse shall be a deemed a waiver of any opposition to the granting of the incorporated motion. Local Rule 230(l).

Dated:   February 12, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE