# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ, | Case No. 1:19-cv-00354-HBK (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANT TO FILE REPLY AND PROVIDE FURTHER STATUS UPDATE |
| v. | |
| ROY DEOCHOA, | FOURTEEN DAY DEADLINE |
| Defendant. | |

On February 9, 2024, Defendant filed a Status Report incorporating a motion to continue the stay and seeking an additional stay of nearly 1 year, pending resolution of a parallel state criminal matter against Plaintiff in Tulare County Superior Court. (Doc. No. 62, "Motion"). The Motion asserts that a pretrial conference in the criminal matter was continued from January 5, 2024 to February 21, 2024 at the request of defense counsel. (*Id*. at 2). Defendant Ochoa estimates that trial in Plaintiff's criminal case is likely to occur in January 2025. (*Id*.). Plaintiff filed an opposition to Defendant's motion and attaches minutes from the January 5, 2024 state court proceeding reflecting that the continuance was ordered by the state court and was not requested by defense counsel. (Doc. No. 63 at 4). Plaintiff contends that Defendant's trial date estimates are speculation, and that the status report is a sham designed to avoid Plaintiff from prosecuting this civil matter. (*Id*. at 2).

////

Accordingly, it is **ORDERED**:

Within fourteen (14) days of this Order, Defendant shall file a reply to Plaintiff's opposition (Doc. No. 8) addressing the factual assertions therein.  Defendant shall also provide the Court of with a status update in the parallel state criminal case that resulted from the February 21, 2024 pretrial conference.

Dated:   March 5, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2