UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROY DEOCHOA,<br><br>　　　　Defendant. | Case No. 1:19-cv-00354-HBK (PC)<br><br>ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S REQUEST TO CONTINUE STAY<br><br>(Doc. No. 75)<br><br>NOVEMBER 12, 2025 DEADLINE |

On October 21, 2025, Defendant filed his eleventh Status Report in this action. (Doc. No. 75). Incorporated within Defendant's Status Report is a request to continue the stay in this matter for another 180 days, or until April 21, 2026. (*Id*. at 2).

Accordingly, it is **ORDERED**:

**No later than November 12, 2025**, Plaintiff shall deliver to correctional officials for mailing his response, if any, to Defendant's incorporated request to continue the stay of this action. Plaintiff's nonresponse shall be a deemed a waiver of any opposition to the granting of a further stay. Local Rule 230(l).

Dated:　　October 22, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE