UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO SANCHEZ,

        Plaintiff,

    v.

ROY DEOCHOA,

        Defendant.

Case No.  1:19-cv-00354-HBK

ORDER CONTINUING MARCH 26, 2026 TELEPHONIC STATUS CONFERENCE TO JUNE 25, 2026 at 1:00 P.M.

On January 28, 2026, the Court continued the stay of this case, scheduled a telephonic status conference for March 26, 2026, and directed Defendant to file  a status report no later than March 19, 2026.  (Doc. 78).  Defendant timely filed a Status Report on March 3, 20206.  (Doc. 80).  Therein, Defendant advises that the Tulare County Superior Court in an ex parte order continued Plaintiff's parallel criminal matter to March 20, 2026.  (*Id*. at 1-2).

Consequently, the Court will vacate the March 26, 2026 telephonic status conference and reschedule it to a later date.

Accordingly, it is **ORDERED**:

1.  The Court VACATES the telephonic status conference scheduled for March 26, 2026.

2.  The Count reschedules the telephonic status conference **to June 25, 2026 at 1:00 P.M.** to discuss the status of Plaintiff's pending parallel criminal state-court case.

    (*Telephonic conferences are joined by calling: (669-254-5252; meeting ID 160 644*

*7139; passcode 646053).*

3. **No later than June 11, 2026**, Defendant shall file a Status Report advising the Court of the status of Plaintiff's pending parallel criminal state-court case with any supporting documents attached.

Dated:   March 5, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2