UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ,<br>Plaintiff,<br>v.<br>ROY DEOCHOA,<br>Defendant. | Case No. 1:19-cv-00354-HBK<br>ORDER GRANTING FURTHER STAY OF ACTION<br>(Docs. 84, 85)<br>OCTOBER 5, 2026 DEADLINE |

On July 24, 2026 and July 31, 2026, Plaintiff and Defendant respectively filed timely status reports (Docs. 84, 85) in response to the Court's June 12, 2026 Order, reporting that the Tulare County Superior Court has again continued Plaintiff's parallel criminal matter[1] and jointly requesting a 60-day stay to permit settlement discussions.

The Court will therefore stay this action for 60 days so the parties may investigate Plaintiff's claims, meet and confer, and engage in settlement discussions. If the parties are unable to settle this matter, each party shall address why this action should not be dismissed without prejudice to refiling after Plaintiff's parallel criminal matter is resolved as previously explained in the Court's June 12, 2026 Order.

////

[1] Defendant refers the Court to an "attached Minute Order" from Plaintiff's parallel criminal case, but no Minute Order is attached. (*See* Doc. 85 at 2:1-2).

Accordingly, IT IS ORDERED:

1. The Court GRANTS the parties' requests for a further 60-day stay of this action (Docs. 84, 85) to permit an opportunity to settle this case.
2. If the parties settle this action, they SHALL file a Notice of Settlement in compliance with Local Rule 160.
3. If the parties do not settle this action, they SHALL SHOW CAUSE no later than October 5, 2026 why this action should not be dismissed without prejudice to refiling after Plaintiff's parallel state criminal matter is resolved or why the Court should not lift the stay of this action so discovery may proceed.

Dated: August 3, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE