UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ,<br>Plaintiff,<br>v.<br>ROY DEOCHOA,<br>Defendant. | Case No. 1:19-cv-00354-HBK<br>ORDER CONTINUING STAY AND REQUIRING STATUS REPORT<br>FEBRUARY 11, 2027 DEADLINE |

This action is currently stayed pending developments in Plaintiff's related criminal proceedings in Tulare County Superior Court, Case No. VCM382449. A pretrial conference in the related criminal proceedings is currently scheduled for January 11, 2027. Plaintiff represents that he intends to withdraw his time waiver at the January 11, 2027 pretrial conference. (Doc. 87 at 4). Based on Plaintiff's representation, Defendant anticipates that the Superior Court may set trial dates at that conference and does not oppose continuing the stay through the January 11, 2027 pretrial conference and until the Court reviews the parties' next status reports. (Doc. 89 at 1-2).

Accordingly, IT IS ORDERED:

1. The stay of this action shall remain in effect pending further order of the Court.
2. No later than February 11, 2027, the parties shall file a joint status report addressing:

a. Whether the January 11, 2027 pretrial conference occurred and whether Plaintiff withdrew his time waiver;

b. Any trial dates or other material deadlines set in the criminal proceedings;

c. The current status of the criminal proceedings and, if known, the anticipated date of their resolution; and

d. Each party's position regarding whether the stay should remain in effect.

3. If the parties cannot agree on a joint status report, each party shall file a separate status report addressing these matters no later than February 11, 2027.

Dated: October 22, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE